IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII ELECTRICIANS ANNUITY FUND, ET AL., | ) ) ) | CIVIL 15-00031-DKW-RLP |
| Plaintiffs, | ) ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND |
| vs. | ) ) | RECOMMENDATION |
| SCOTT H.Y. HIROSE, ET AL., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on July 30, 2015, and served concurrently upon those counsel of record who are registered participants of CM/ECF, and served on July 31, 2015 by First Class Mail to Non-CM/ECF participants, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST SCOTT H.Y.

HIROSE DBA HIROSE ELECTRIC," docket entry no. 17, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: August 18, 2015 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Hawaii Electricians Annuity Fund, et al. vs. Scott H. Y. Hirose, et al.*;
Civil No. 15-00031 DKW-RLP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**