AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII ELECTRICIANS ANNUITY FUND, by its Trustees, Ronald Yee, Robert Hanamoto, Jody Hanamoto, Tracy Hayashi, Damien T. K. Kim, Peter Akamu; HAWAII ELECTRICIANS HEALTH AND WELFARE FUND, by its Trustees, Ronald Yee, Jody Hanamoto, Rodney Chun, Tracy Hayashi, Peter Akamu, Damien T. K. Kim; HAWAII ELECTRICIANS PENSION FUND, by its Trustees, Ronald Yee, James Yamada, Jr., Jody Hanamoto, Tracy Hayashi, Peter Akamu, Damien T. K. Kim; HAWAII ELECTRICIANS TRAINING FUND, by its Trustees, Daryl Suehiro, Stephen Duarte, Phillip Lucero, Peter Akamu, Damien T. K. Kim, Tracy Hayashi; HAWAII ELECTRICIANS SUPPLEMENTARY UNEMPLOYMENT BENEFITS FUND, by its Trustees, Robert Hanamoto, Jody Hanamoto, Steve Watanabe, Peter Akamu, Damien T. K. Kim, Dennis Kaloi; HAWAII ELECTRICIANS VACATION AND HOLIDAY FUND, by its Trustees, Robert Hanamoto, Jody Hanamoto, Steve Watanabe, Damien T. K. Kim, Peter Akamu, Tracy Hayashi; HAWAII ELECTRICIANS PREPAID LEGAL FUND, by its Trustees, Jody Hanamoto, Steven Tanaka, Rodney Chun, Tracy Hayashi, Dennis Kaloi, Damien T. K. Kim; HAWAII ELECTRICIANS MARKET ENHANCEMENT PROGRAM FUND, by its Trustees, Daryl Suehiro, Stephen Duarte, Robert Hanamoto, Damien T. K. Kim, Robert Aquino, Brian Lee,<br><br>              Plaintiffs, | DEFAULT JUDGMENT IN A CIVIL CASE<br><br>CIVIL NO. 15-00031 DKW-RLP |

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

|  |  |
|---|---|
| V. | ) |
| SCOTT H. Y. HIROSE dba HIROSE ELECTRIC; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10, | ) ) ) ) ) ) |
|  | ) |
|  | ) |
| Defendants | ) |
|  | ) |

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Default Judgment against Defendant is GRANTED as to Plaintiffs' claims related to unpaid contributions and DENIED as to Plaintiffs' claims for breach of fidicuary duty and breach of a promissory note, pursuant to the "Findings and Recommendation to Grant in Part and Deny in Part Motion for Entry of Default Judgment Against Scott H.Y. Hirose Dba Hirose Electric" filed on July 30, 2015 and the "Order Adopting Magistrate Judge's Findings and Recommendation' filed on August 18, 2015.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs be awarded damages in the amount of $103,439.82 for delinquent contributions and $8,861.06 for liquidated damages against Defendant and $2,612.93 in attorneys' fees and costs against Defendant.

|  |  |
|---|---|
| September 16, 2015 | SUE BEITIA |
| Date | Clerk |
|  | /s/ Sue Beitia by ES |
|  | (By) Deputy Clerk |